**DISMISS and Opinion Filed November 1, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00784-CV**

**IN THE INTEREST OF J.D.F., A CHILD**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-18505**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

This appeal from the trial court's May 25, 2023 order modifying the parent-child relationship was filed on August 10, 2023. Because the record reflected no post-judgment motion or request for findings of fact and conclusions of law was timely filed, it appeared the appeal was a restricted appeal. *See* TEX. R. APP. P. 30. The notice of appeal, however, did not comply with the requirements for a notice of restricted appeal. *See id.* 25.1(d)(7). Accordingly, we directed appellant to file, no later than October 23, 2023, an amended notice of appeal that complied with the requirements. Although we cautioned appellant that failure to comply could result

in dismissal of the appeal without further notice, appellant has not responded to date.

*See id.* 42.3(a), (c). Accordingly, we dismiss the appeal. *See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230784F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.D.F., A
CHILD

No. 05-23-00784-CV

On Appeal from the 256th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-18-18505.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee JA'MARLON FOSTER recover his costs of this appeal from appellant ERICA MALONE.

Judgment entered November 1, 2023